UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN VAN ORDEN, et al., | ) |
| | ) |
| | ) Case No.  4:09-cv-00971 AGF |
| Plaintiffs, | ) |
| vs. | ) |
| | ) |
| HAROLD MEYERS, et al. | ) COMPLAINT FOR VIOLATION OF |
| | ) CIVIL RIGHTS PURSUANT TO |
| Defendants. | ) 42 U.S.C. 1983 AND RELATED CLAIMS |
| | ) JURY TRIAL DEMANDED |
| | ) |

**PLAINTIFFS' NOTICE OF THE DEATH OF
DEFENDANT THEODORE GINNERY**

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure plaintiff John Van Orden, who is a party to this action, by and through his counsel of record notes the death during the pendency of this action of Theodore Ginnery, a plaintiff and class representative.

Further as provided by Rule 25 (a) (2), plaintiff, by counsel, states that the rights sought to be enforced in this case survives against the remaining parties and that the action does not abate.

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, P.C.

BY: */s/Eric M. Selig*
    Eric M. Selig, #40673MO
    120 South Central Ave., Suite 130
    St. Louis, MO 63105
    (314) 862-4332
    (314) 862-8050 (facsimile)
    eselig@rsrglaw.com


ARMSTRONG TEASDALE LLP
    Daniel O'Toole, #38051MO
    Christopher R. LaRose, #59612MO
    Winston E. Calvert, #57421MO
    7700 Forsyth, Suite 1800
    St. Louis, Missouri 63105
    (314) 621-5070
    (314) 621-5065 (facsimile)
    dotoole@armstrongteasdale.com
    clarose@armstrongteasdale.com
    wcalvert@armstrongteasdale.com


AMERICAN CIVIL LIBERTIES UNION OF EASTERN MISSOURI
    Anthony E. Rothert, #44827MO
    Grant R. Doty, #60788MO
    454 Whittier Street
    St. Louis, Missouri 63108
    (314) 652-3111
    tony@aclu-em.org


ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of February, 2014, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record.

| | |
|---|---|
| Joseph Paul Dandurand | Mary Delworth Morris |
| Attorney General of Missouri | Attorney General of Missouri |
| 1530 Rax Court | Old Post Office Building |
| P.O. Box 899 | P.O. Box 861 |
| Jefferson City, MO 65109 | St. Louis, MO 63188 |
| | |
| Philip Sholtz | Katherine S. Walsh |
| Attorney General of Missouri | Attorney General of Missouri |
| P.O. Box 861 | Assistant Attorney General |
| St. Louis, MO 63188 | P.O. Box 861 |
| | St. Louis, MO 63188 |

                                                */s/ Eric M. Selig*