UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN R. VAN ORDEN, individually and on behalf others similarly situated, et al., ) ) ) ) Plaintiffs, ) ) v. ) ) KEITH SCHAFER, et al., ) ) ) Defendants. ) | Case No. 4:09CV0971 AGF |

## **MEMORANDUM AND ORDER**

Following a conference call with the Court on April 17, 2014, regarding Defendants' motion to quash (Doc. No. 270) a subpoena for a deposition scheduled for April 18, 2014, the parties have agreed that the deposition shall be continued and that they will confer and attempt to resolve their dispute on or before **Monday, April 22, 2014**. In addition, the Court established a schedule for the resolution of the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs shall file a response to the motion to quash on or before **Thursday, April 24, 2014**, and Defendants shall file a reply brief on or before **Thursday, May 1, 2014**.

**IT IS FURTHER ORDERED** that the parties shall also confer and suggest to the Court a mutually agreeable time on **May 8, or May 9, 2014** for a conference call to address the motion to quash.

**IT IS FURTHER ORDERED** that prior to the conference call on May 8 or 9, 2014, the parties shall confer and file or attempt to agree on a proposed briefing schedule and hearing date with respect to Plaintiffs' motion for preliminary injunction. (Doc. No. 264.)

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 17th day of April, 2014.