# WITNESS LIST
# Bench Trial – 4/21/15 – 4/30/15

Style: Van Orden, et al. v. Harold Myers, et al.
Case No. 4:09-CV-00971 - AGF

| π | Δ | Intro Date | Witness Name | Direct | Cross | Re-Direct | Re-Cross |
|---|---|---|---|---|---|---|---|
| 1 |   | 4/21 | Deposition of: Dr. Anita Schlank | X | X |   |   |
| 2 |   | 4/21 | Susan Elliott | X | X |   |   |
| 3 |   | 4/21 | Deposition of: Ian Fluger | X |   |   |   |
| 3 |   | 4/22 | Deposition of: Ian Fluger (con't) |   | X |   |   |
| 4 |   | 4/22 | Brian Abbott, Ph. D. | X | X | X |   |
| 5 |   | 4/22 | Deposition of: Richard Gowdy | X | X |   |   |
| 6 |   | 4/22 | Deposition of: David Schmitt | X | X |   |   |
| 7 |   | 4/22 | Deposition of: Jill Stinson McKnight | X | X |   |   |
| 8 |   | 4/23 | Chelsea Mitchell | X | X | X |   |
| 9 |   | 4/23 | Charles Banks | X | X |   |   |
| 10 |   | 4/24 | Dr. Richard Scott | X | X | X |   |
| 11 |   | 4/24 | Deposition of: Dr. Jay Englehart | X | X |   |   |
| 12 |   | 4/27 | David Prescott, LICSW | X | X | X |   |
|   | 13 | 4/27 | David Schmitt | X | X | X |   |

**Page   1   of    2**

# WITNESS LIST
# Bench Trial – 4/21/15 – 4/30/15

Style: Van Orden, et al. v. Harold Myers, et al.
Case No. 4:09-CV-00971 - AGF

| π | Δ | Intro Date | Witness Name | Direct | Cross | Re-Direct | Re-Cross |
|---|---|---|---|---|---|---|---|
|  | 14 | 4/27 | Dr. Jay Englehart | X | X |  |  |
|  | 14 | 4/28 | Dr. Jay Englehart (con't.) |  | X | X |  |
|  | 15 | 4/28 | Dr. Anita Schlank | X | X | X |  |
|  | 16 | 4/28 | Alan Blake | X | X |  |  |
|  | 16 | 4/29 | Alan Blake (con't.) |  | X | X | X |
|  | 17 | 4/29 | Cynthia Hackathorn | X | X | X |  |
|  | 18 | 4/29 | Sujatha Ramesh | X | X | X | X |
|  | 19 | 4/29 | Angeline Stanislaus | X | X |  |  |
|  | 19 | 4/30 | Angeline Stanislaus (con't.) |  | X | X | X |

**Page     2     of      2**