# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
THOMAS F. EAGLETON U.S. COURTHOUSE
111 S. TENTH STREET
ST. LOUIS, MISSOURI 63102

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

PHONE: (314) 244-7420
FAX: (314) 244-7429

July 14, 2015

Timothy Nelson
Southeast Missouri Mental Health Center
1010 West Columbia Street
Farmington, Missouri   63640-2997

Dear Mr. Nelson:

    I am writing in response to the letter I received from you today.   You are represented by an attorney and should communicate with the court through him.   You may not write to me directly.

    A copy of your letter is being sent to your attorneys, Jack Quinn and Eric Selig.   Because of the letter's contents, no copy will be provided to defense counsel.   Any questions or concerns you have about your case should be addressed to Mr. Quinn or Mr. Selig.

    By sending a copy of this letter to Mr. Quinn and Mr. Selig, I am requesting that they address these issues with you.

Sincerely yours,

Audrey G. Fleissig
United States District Judge

cc:    Mr. Jack Quinn (w/enc)
        Mr. Eric Selig (w/ enc)
        Ms. Katherine Walsh (w/out enc)
        Mr. Philip Sholtz (w/out enc)