**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN VAN ORDEN, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:09-cv-00971-AGF** |
| | ) | |
| **JEFF STRINGER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## Notice of Appeal

Notice is given that All Plaintiffs, on the own behalf and on behalf of the Plaintiff Class, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the memorandum and order (ECF No. 786) and judgment (ECF No. 787) dated July 6, 2017, as well all interlocutory orders in this matter to the extent that they denied Plaintiffs/the Certified Class relief (ECF Nos. 192, 322, 338, 377, 392, 399, 400, 467, 500, 501, 709, 768), and the memorandum and order dated September 18, 2017, denying their motion to alter or amend judgment (ECF No. 808). Because Plaintiffs were granted leave to proceed in forma pauperis (ECF No. 38), they may proceed on appeal in forma pauperis without further authorization. Fed. R. App. P. 24(a)(3).


Respectfully submitted,


/s/ Anthony E. Rothert
Anthony E. Rothert, #44827MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101-1448
(314) 652-3114
arothert@aclu-mo.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2017, I electronically filed the foregoing with the

Clerk of the Court using the ECF system, which sent electronic notification of the filing on the

same day to all counsel of record.

/s/ Anthony E. Rothert