US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:**                                                                                   **USCA#:**

Van Orden et al v. Healthlink, Inc. et al

**Case Number:**

4:09-CV-00971-AGF

**Plaintiff:**                                                                                **Defendant:**

JOHN R. VAN ORDEN, et al.                         HEALTHLINK, INC., et al.

**Attorney:**                                                                                 **Attorney:**

See Docket Sheet                                                  See Docket Sheet

**Court Reporter(s):**                               Please return files and documents to:

P  Dunn Wecke                                       Clerk for Eastern District of Missouri
R. Fiorino
                                                    Person to contact about the appeal:

                                                    Mavis Gaines at (314) 244-7923

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | Paid 10/18/2017 | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?:  No     Where:

**Please list all other defendants in this case if there were multiple defendants:**