# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  17-3319
_____

John R. Van Orden; Michael D. McCord; Joseph Miller; Macon Baker; Chance W. Tyree; Walter W. Ritchey; David Brown; Anthony Amonette; Richard Tyson; Wade A. Turpin; Matthew King; Andre Cokes; Joseph Bowen, Class Representative; William Murphy, Class Representative

Plaintiffs - Appellants

Armstrong Teasdale LLP

Movant - Appellant

v.

Mark Stringer; Harold Myers, Reimbursement Officer, HealthLink, Individually and Officially; Alan Blake, Chief Operating Officer, MSOTC, Individually and Officially; Julie Inman; Jay Englehardt; Justin Arnett; Rick Gowdy, in his official capacity as Director of the Missouri Department of Mental Healths Division of Behavioral Health; Robert Reitz; Linda Moll; Daman Longworth; Donna Augustine; Dave Schmitt; Ericka L. Kempker; Kristina Bender-Crice; Angeline Stanislaus, in her official capacity as Chief Clinical Officer of the Missouri Department of Mental Health; Anne Precythe, in her official capacity as Director of the Missouri Department of Corrections; Rikki Wright, in his official capacity as Deputy Director of the Missouri Department of Mental Health for the Division of Behavioral Health; David Schmitt, in his official capacity as Chief Operating Officer of Southeast Missouri Mental Health Centers Adult Psychiatric Services.; Andy Atkinson, in his official capacity as Chief Operating Officer of Fulton State Hospital; Lee Ann McVay, in her official capacity as Program Coordinator at SORTS-Fulton State Hospital.; Susan Knopflein, in her official capacity as Chief Nurse Executive at Fulton State Hospital

Defendants - Appellees
_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:09-cv-00971-AGF)
_____

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

January 25, 2018

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans