# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

December 12, 2019

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

    RE: 17-3093  John Van Orden, et al v. Mark Stringer, et al

Dear Clerk:

    Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

                                Michael E. Gans
                                Clerk of Court

AMT

Enclosure(s)

    District Court/Agency Case Number(s):   4:09-cv-00971-AGF

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 10, 2019

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

      Re:  John R. Van Orden
            v. Mark Stringer, et al.
           No. 19-6892
           (Your No. 17-3093)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on December 3, 2019 and placed on the docket December 10, 2019 as No. 19-6892.

                                      Sincerely,

                                      **Scott S. Harris**, Clerk

                                      by

                                      Redmond K. Barnes
                                      Case Analyst